Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−17300−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Theodore M. Seiden
   217 Nathaniel Ave.
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−0956

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/16/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 16, 2017
JAN: cmf

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-17300-JNP
Theodore M. Seiden                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Aug 16, 2017
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db         +Theodore M. Seiden,   217 Nathaniel Ave.,   Cherry Hill, NJ 08003-1528
aty        +Parker McCary,   9000 Midlantic Drive,   Suite 300,   Mount Laurel, NJ 08054-1539
cr         +TOYOTA MOTOR CREDIT CORPORATION,   PO Box 9013,   Addison, TX 75001-9013
516989228   BONY as trustee for CWALT, Inc. ALT 2006-16CB,   Shellpoint Mortgage Servicing,   PO BOX 10826,
             Greenville, SC 29603-0826
516906129   Cynthia Seiden,   217 Nathaniel Ave,   Cherry Hill, NJ 08003-1528
516790805  +ETrade Bank,   c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
516907685  +New Jersey American Water,   131 Woodcrest Road,   PO Box 5079,   Cherry Hill, NJ 08034-5079
516906127   New Jersey American Water,   PO BOX 371331,   Pittsburgh, PA 15250-7331
516906128   PSEG,   PO BOX 14444,   New Brunswick, NJ 08906-4444
516760715   Parker McCay P.A.,   3 Greentree Centre,   7001 Lincoln Drive West: P.O. Box 974,
             Attn:  Brian Cain, Esquire,   Marlton, NJ 08053-0974
516760717  +SLS Financial,   8742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129-2386
516760718  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  State of New Jersey,   Division of Taxation,   PO Box 245,
             Trenton, NJ 08695)
516760716  +Shellpoint Mortgage Servicing,   P.O. Box 1410,   Troy, MI 48099-1410
516760719  +State of New Jersey,   Division of Law,   25 Market Street,   P.O. Box 119,
             Trenton, NJ 08625-0119
516877720  +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
             Addison, Texas 75001-9013
516957058  +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2017 23:17:58     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2017 23:17:55     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516760713   EDI: IRS.COM Aug 16 2017 23:04:00     Internal Revenue Service,   Department of the Treasury,
             P.O. Box 9019,   Holtsville, NY 11742-9019
516763653  +EDI: RMSC.COM Aug 16 2017 23:04:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
516760714   EDI: TFSR.COM Aug 16 2017 23:03:00     Lexus Financial Services,   PO Box 5855,
             Carol Stream, IL 60197-5855
516760720  +EDI: TFSR.COM Aug 16 2017 23:03:00     Toyota Motor Credit Corp.,   240 Gibraltar Road,
             Suite 260,   Horsham, PA 19044-2387
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*        +Shellpoint Mortgage Servicing,   P.O. Box 1410,   Troy, MI 48099-1410
516781621*  Internal Revenue Service,   PO Box 7346,   Philadelphia PA 19101-7346
516781622*  Internal Revenue Service,   PO Box 7317,   Philadelphia PA 19101-7317
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 16, 2017
                               Form ID: 148             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Theodore M. Seiden andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BAC BANK OF NY (CWALT 2006-16CB)
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joni L. Gray    on behalf of Debtor Theodore M. Seiden joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com;r39848@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```